## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON | ) JURY TRIAL DEMANDED |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-820-JD |
| | ) |
| RGS FINANCIAL INC., | ) **FILED** |
| Defendant. | ) |
| | ) SEP **1 6** 2022 |
| | ) |
| | CARMELITA REEDER SHINN, CLERK |
| | U.S. DIST. COURT, WESTERN DIST. OKLA. |
| | BY_____,DEPUTY |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I.    INTRODUCTION

1.    This is an action for actual and statutory brought by Plaintiff Vance
      Dotson an individual consumer, against Defendant, RGS Financial Inc.,
      ("RGS") for violations of the Fair Debt Collection Practices Act, 15
      U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt
      collectors from engaging in abusive, deceptive, and unfair practices.

### II.    JURISDICTION AND VENUE

2.    Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C
      1331. Venue in this District is proper in that the Defendants transact
      business in Oklahoma City, Oklahoma County, Oklahoma, and the

conduct complained of occurred in Oklahoma City, Oklahoma County, Oklahoma.

### III.    PARTIES

3.  Plaintiff Vance Dotson (hereinafter "Mr. Dotson") is a natural person residing in Oklahoma City, Oklahoma County, Oklahoma. Mr. Dotson is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4.  Upon information and belief, Defendant RGS Financial Inc., is a Texas corporation with its principal place of business located at 1700 Jay Ell Dr. Suite 200 Richardson, TX 75081.

5.  Defendant RGS Financial Inc., is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's. Plaintiff alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) this alleged debt at issue arose from a transaction entered into primarily for personal, family or household purposes.

### IV.    FACTS OF THE COMPLAINT

6.  Defendant RGS Financial Inc., (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

2

7.    On or about June 9, 2022, Mr. Dotson started receiving phone calls from Defendant attempting to collect on an alleged debt from First Saving Credit Card in the amount of $2,201.43. Mr. Dotson informed the representative "I'm at work and it's not a good time to talk." Defendant quickly responded "sorry for the inconvenient"

8.    On June 16, 2022 Defendant called Plaintiff again while at work but Plaintiff missed the call and called Defendant back and Plaintiff stated "I'm at work and it's not a good time to talk." The phone call was in violation of 15 U.S.C 1692c(a)(1) and 15 U.S.C 1692c(a)(3).

9.    On June 17, 2022 Defendant called Plaintiff again while at work but Plaintiff missed the call and called Defendant back and Plaintiff stated "I'm working right now it's not a good time to talk." The phone call was in violation of 15 U.S.C 1692c(a)(1) and 15 U.S.C 1692c(a)(3).

10.   On July 7, 2022 Defendant called Plaintiff again while at work but Plaintiff missed the call and called Defendant back and Plaintiff stated "I'm at work and I have to get with you guys later." The phone call was in violation of 15 U.S.C 1692c(a)(1) and 15 U.S.C 1692c(a)(3).

11.   On July 15, 2022 Defendant called Plaintiff again while at work but Plaintiff stated "I'm at work right now and can't take personal phone calls." While on the July 15, 2022 phone call with Defendant,

3

Defendant admitted to calling Plaintiff on July 14, 2022 at 11:52am "there was no answer so we tried to get you again sir" Plaintiff said you'll called on Wednesday July 13, 2022 3:24pm "the 13th yeap at 3:24pm" "at 12:00pm, also at 11:06am, 10:54am" "we was trying to get in touch with you sir" "look this is pretty simple while we are on the phone sir, how much do you think you pay a month sir to get rid of the debt" Plaintiff says "ill have to get back with you" Defendant says "we are on the phone now." The phone call was in violation of 15 U.S.C 1692c(a)(1) and 15 U.S.C 1692c(a)(3).

12. On July 20, 2021 Plaintiff stated "Im at work and my boss doesn't allow for personal phone calls at this these times" Defendant quickly responded "when can you take a phone call to set this up it takes 5 minutes" on or about 11:20am in violation of 15 U.S.C 1692c(a)(1) and 15 U.S.C 1692c(a)(3).

13. Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendant in the form of anger, anxiety, decreased ability to focus on task while at work, frustration, amongst other negative emotions, as well as suffering from unjustified abusive invasions of personal privacy.

### V.    FIRST CLAIM FOR RELIEF
### (Defendant RGS Financial Inc.,)

4

## 15 U.S.C. §1692c(a)(1)

14. Mr. Dotson re-alleges and reincorporates all previous paragraphs as if fully set out herein.

15. The Debt Collector violated the FDCPA.

16. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692c(a)(1) of the FDCPA by intentionally communicating in connection with collection of a debt from Plaintiff at time and place known by Defendant to be inconvenient to Plaintiff.

## VI.    SECOND CLAIM FOR RELIEF
### (Defendant RGS Financial Inc.,)
### 15 U.S.C. §1692c(a)(3)

17. Mr. Dotson re-alleges and reincorporates all previous paragraphs as if fully set out herein.

18. The Debt Collector violated the FDCPA.

19. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692c(a)(3) of the FDCPA by intentionally communicating in connection with collection of a debt from Plaintiff at Plaintiffs employment after Defendant knew or had

5

reason to know that Plaintiffs employer prohibited Plaintiff from receiving such communications.

20.  As a result of the above violations of the FDCPA, the Defendant are liable to the Mr. Dotson actual damages, statutory damages and cost.

## VI.  <u>JURY DEMAND AND PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff Mr. Dotson respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

Vance Dotson

Vance Dotson

425 W. Wilshire Blvd Ste E

Oklahoma City, OK 73116

405-406-7323

vancedotson@yahoo.com

7