UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

FILED

FEB 07 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____, DEPUTY

| | |
|---|---|
| VANCE DOTSON<br>　　Plaintiff,<br><br>v.<br><br>RGS FINANCIAL INC.,<br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.<br>)　CIV-22-00820-JD<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Plaintiff, Vance Dotson, pursuant to Rule 41(a)(1)(A)(ii), has reached a settlement agreement and need approximately thirty (30) days to fulfill the settlement terms and file dismissal papers pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties consent to a stay of pending deadlines herein. May the Court so enter an Order or direct the Parties to formally move with respect thereto.

Dated: February 7, 2023

1

*/s/ Vance Dotson*

Vance Dotson
425 W. Wilshire Blvd Suite E
Oklahoma City, OK 73116
405.406.7323 (telephone)
vancedotson@yahoo.com (email)